**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Email: Norma_Aguilar@fd.org

Attorneys for Mr. Perez-Garcia

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1973-01 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| CHRISTIAN PEREZ-GARCIA, | ) | |
| Defendant. | ) | |

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

       Respectfully submitted,

Dated:  July 2, 2008

       */s/  Norma Aguilar*
       **NORMA AGUILAR**
       Federal Defenders of San Diego, Inc.
       Attorneys for Mr. Perez-Garcia
       Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF


Dated:  July 2, 2008

*/s/ Norma Aguilar*
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
 Email: norma_aguilar@fd.org