UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff ) | CRIMINAL NO. 08mj 1973 | |
| ) | ORDER | |
| vs. ) | | |
| Christian Perez-Fajua, ) | RELEASING MATERIAL WITNESS | |
| et. al. ) | | |
| Defendant(s) ) | Booking No. | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Ernestina Patricia Serrano

DATED: 7/10/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____         OR
         DUSM

W. SAMUEL HAMRICK, JR. Clerk

by J. PARIS
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082