# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj1973 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| PEREZ - GARCIA ) | RELEASING MATERIAL WITNESS |
| ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/**Magistrate Judge,**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: **(Bond Posted)** / Case Disposed / Order of Court).

Victor Manuel Morales - Izqarraraz

DATED: 7/10/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____      OR
             DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____ J. PARIS
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082