UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Christian Perez-Garcia ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj1973 <br> <br> ORDER <br> <br> RELEASING MATERIAL WITNESS <br> <br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Francisco Javier Uribe-Pelay

DATED: 7/16/08

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
         DUSM

W. SAMUEL HAMRICK, JR. Clerk

by
_____ Deputy Clerk